**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-51677-CAD |
| | § | |
| KENNETH W GAINES | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/15/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/13/2012          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: § Case No. 10-51677-CAD
§
KENNETH W GAINES §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,000.33
*and approved disbursements of* $50.48
*leaving a balance on hand of[1]:* $4,949.85

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,949.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.03 | $0.00 | $1,250.03 |
| David P. Leibowitz, Trustee Expenses | $6.11 | $0.00 | $6.11 |
| Lakelaw, Attorney for Trustee Fees | $747.50 | $0.00 | $747.50 |
| Lakelaw, Attorney for Trustee Expenses | $10.56 | $0.00 | $10.56 |

Total to be paid for chapter 7 administrative expenses: $2,014.20
Remaining balance: $2,935.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,935.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,935.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $51,516.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | $453.61 | $0.00 | $25.86 |
| 2 | Applied Bank | $1,573.67 | $0.00 | $89.67 |
| 3 | Chase Bank USA, N.A. | $540.73 | $0.00 | $30.81 |
| 4 | Chase Bank USA, N.A. | $2,350.82 | $0.00 | $133.96 |
| 5 | Accelerated Rehab c/o FFCC-Columbus | $402.00 | $0.00 | $22.91 |
| 6 | US Department Of Education | $35,641.80 | $0.00 | $2,031.02 |
| 7 | GE Money Bank/ LOWE's Platinum Visa | $525.10 | $0.00 | $29.92 |
| 8 | PYOD LLC its successors and assigns as assignee of FNBM LLC | $2,205.23 | $0.00 | $125.66 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | $5,076.73 | $0.00 | $289.29 |
| 10 | FIA Card Services, NA/Bank of | $2,747.24 | $0.00 | $156.55 |

**UST-Form 101-7-NFR (5/1/2011)**

|  | America |  |  |  |
|---|---|---|---|---|

                Total to be paid to timely general unsecured claims:    $2,935.65
                                                        Remaining balance:    $0.00

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

                Total to be paid to tardily filed general unsecured claims:    $0.00
                                                          Remaining balance:    $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

                           Total to be paid for subordinated claims:    $0.00
                                                 Remaining balance:    $0.00


                                                         Prepared By:   /s/ David P. Leibowitz
                                                                     Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 10-51677-CAD
Kenneth W Gaines                                                Chapter 7
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0752-1         User: wepps              Page 1 of 3         Date Rcvd: Apr 16, 2012
                             Form ID: pdf006          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2012.
db           +Kenneth W Gaines,    575 West Madison Street,    Chicago, IL 60661-2515
16445376    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Applied Bank,     4700 Exchange Court,    Boca Raton, FL  33431)
16445377     +ATT,    PO Box 1800,    Aurora, IL 60507-1800
16445384     +Accelerated Rehab,    c/o FFCC-Columbus,    1550 Old Henderson Rd Ste 100,
               Columbus, OH 43220-3626
16973357      Applied Bank,    POB 17125,    Wilmington, DE 19850-7125
16445378     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
16445379     +Chase BP,    PO Box 15298,    Wilmington, DE 19850-5298
16992663      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16445375     +Chicago Legal LLC,    3833 S Harlem Ave,    Berwyn, IL 60402-3925
16445380     +Citibank CBSD NA,    701 E 60th St N,    Sioux Falls, SD 57104-0493
16445381     +Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
16445383     +DSNB Macys,    PO Box 8218,    Mason, OH 45040-8218
16445382     +Dr. Carter, Garnett, Dalton, Linuro LLC,    3183 Payshere Circle,    Chicago, IL 60674-0031
16445385     +FIA CSNA,    PO Box 15026,    Wilmington, DE 19850-5026
16445374     +Gaines Kenneth W,    800 South Wells Street,    #1430,   Chicago, IL 60607-4542
16445387     +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
16445388     +Kane County Credit Union,    111 South Hawthorne,    Elgin, IL 60123-5886
16445389     +Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
16445390     +TNB Visa,    PO Box 673,    Minneapolis, MN 55440-0673
16445391      US Department Of Education,    Direct Loan Servicing Center,    PO Box 5609,
               Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16910425      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2012 03:24:28
               American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
17325732      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2012 03:54:07
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
17295991      E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2012 04:03:44     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16445386     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 04:02:30     GEMB Lowe's,    PO Box 981400,
               El Paso, TX 79998-1400
17314396     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2012 01:15:33
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17314256     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2012 01:15:33
               PYOD LLC its successors and assigns as assignee of,    FNBM LLC,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: wepps              Page 2 of 3         Date Rcvd: Apr 16, 2012
                              Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2012**              **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3              Date Rcvd: Apr 16, 2012
                              Form ID: pdf006          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          George D Lattas   on behalf of Debtor Kenneth Gaines gdl@lattaslaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                       TOTAL: 3

Case 10-51677    Doc 38    Filed 04/16/12    Entered 04/18/12 23:41:21    Desc Imaged
Certificate of Notice    Page 7 of 7