**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                §    Case No. 10-51677-CAD
                                      §
KENNETH W GAINES                      §
                                      §
                                      §
             Debtor(s)                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,865.00 | Assets Exempt: | $6,000.00 |
| Total Distributions to Claimants: | $3,273.15 | Claims Discharged Without Payment: | $79,476.52 |
| Total Expenses of Administration: | $1,727.18 | | |

3)     Total gross receipts of $5,000.33 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,064.68 | $1,727.18 | $1,727.18 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $71,433.85 | $51,516.93 | $51,516.93 | $3,273.15 |
| **Total Disbursements** | $71,433.85 | $53,581.61 | $53,244.11 | $5,000.33 |

4). This case was originally filed under chapter 7 on 11/19/2010. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2012          By: /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1998 Ford Explorer with 80,000 miles | 1129-000 | $2,500.00 |
| 2006 Ford Explorer Escape with 60,000 miles | 1129-000 | $2,500.00 |
| Interest Earned | 1270-000 | $0.33 |
| **TOTAL GROSS RECEIPTS** | | $5,000.33 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,250.03 | $1,250.03 | $1,250.03 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.11 | $6.11 | $6.11 |
| Green Bank | 2600-000 | NA | $50.48 | $50.48 | $50.48 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $747.50 | $410.00 | $410.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $10.56 | $10.56 | $10.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,064.68 | $1,727.18 | $1,727.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as | 7100-900 | NA | $453.61 | $453.61 | $28.82 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | agent for Target |  |  |  |  |  |
| 2 | Applied Bank | 7100-900 | $1,313.00 | $1,573.67 | $1,573.67 | $99.98 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $481.00 | $540.73 | $540.73 | $34.36 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $2,187.62 | $2,350.82 | $2,350.82 | $149.36 |
| 5 | Accelerated Rehab c/o FFCC-Columbus | 7100-000 | $704.20 | $402.00 | $402.00 | $25.54 |
| 6 | US Department Of Education | 7100-000 | $35,208.29 | $35,641.80 | $35,641.80 | $2,264.52 |
| 7 | GE Money Bank/ LOWE's Platinum Visa | 7100-900 | $307.00 | $525.10 | $525.10 | $33.36 |
| 8 | PYOD LLC its successors and assigns as assignee of FNBM LLC | 7100-900 | NA | $2,205.23 | $2,205.23 | $140.11 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | 7100-900 | NA | $5,076.73 | $5,076.73 | $322.55 |
| 10 | FIA Card Services, NA/Bank of America | 7100-900 | NA | $2,747.24 | $2,747.24 | $174.55 |
|  | ATT | 7100-000 | $287.51 | NA | NA | $0.00 |
|  | Citibank CBSD NA | 7100-000 | $4,757.00 | NA | NA | $0.00 |
|  | Credit One Bank | 7100-000 | $2,038.00 | NA | NA | $0.00 |
|  | DSNB Macys | 7100-000 | $1,643.00 | NA | NA | $0.00 |
|  | FFCC- Columbus | 7100-000 | $402.00 | NA | NA | $0.00 |
|  | FFCC- Columbus | 7100-000 | $121.00 | NA | NA | $0.00 |
|  | FIA CSNA | 7100-000 | $2,540.00 | NA | NA | $0.00 |
|  | HSBC Bank | 7100-000 | $1,952.00 | NA | NA | $0.00 |
|  | HSBC Bank | 7100-000 | $2,028.00 | NA | NA | $0.00 |
|  | HSBC Bank | 7100-000 | $4,496.00 | NA | NA | $0.00 |
|  | Kane County Credit Union | 7100-000 | $4,565.67 | NA | NA | $0.00 |
|  | Kane County Credit Union | 7100-000 | $4,605.00 | NA | NA | $0.00 |
|  | Northwestern Memorial Hospital | 7100-000 | $1,395.56 | NA | NA | $0.00 |
|  | TNB Visa | 7100-000 | $402.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $71,433.85 | $51,516.93 | $51,516.93 | $3,273.15 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 10-51677-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GAINES, KENNETH W | Date Filed (f) or Converted (c): | 11/19/2010 (f) |
| For the Period Ending: | 8/2/2012 | §341(a) Meeting Date: | 01/19/2011 |
| | | Claims Bar Date: | 06/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Checking Account with PNC Bank | $300.00 | $300.00 | DA | $0.00 | FA |
| 2  Household Furnishings | $500.00 | $500.00 | DA | $0.00 | FA |
| 3  Necessary Wearing Apparel | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 4  1998 Ford Explorer with 80,000 miles | $2,160.00 | $2,160.00 | DA | $2,500.00 | FA |
| 5  2006 Ford Explorer Escape with 60,000 miles | $8,905.00 | $2,905.00 | DA | $2,500.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | DA | $0.33 | FA |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

$12,865.00            $6,865.00            $5,000.33            $0.00

**Major Activities affecting case closing:**

Exemption should only be applied to one vehicle, DA should amend to include exemption to the 2006 Ford Escape. Once completed Debtor will pay equity in 1998 Ford Explorer of $2160.00 and based on the appraisal equity in Ford Escape. Need bank statements as of the date of filing. Continued to 2-28-10 @ 11:00 a.m. for appraisal of the vehicles.

Debtor still paying for equity on vehicles.

Prepare TDR

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/30/2012 | | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | | | DAVID LEIBOWITZ | |

| Case No. | 10-51677-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GAINES, KENNETH W | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8301 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/19/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,500.33 | | $3,500.33 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.09 | $3,499.24 |
| 07/15/2011 | (5) | Kenneth Gaines | Payment on equity of vehicle | 1129-000 | $500.00 | | $3,999.24 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.25 | $3,993.99 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.44 | $3,987.55 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.64 | $3,980.91 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.00 | $3,974.91 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.20 | $3,968.71 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.40 | $3,962.31 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $3,955.92 |
| 02/24/2012 | (5) | Kenneth Gaines | Payment on vehicle's equity. | 1129-000 | $1,000.00 | | $4,955.92 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.07 | $4,949.85 |
| 05/16/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.11 | $4,943.74 |
| 05/16/2012 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 10.56; Amount Allowed: 10.56; Distribution Dividend: 100.00; | 3120-000 | | $10.56 | $4,933.18 |
| 05/16/2012 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 747.50; Amount Allowed: 410.00; Distribution Dividend: 100.00; | 3110-000 | | $410.00 | $4,523.18 |
| 05/16/2012 | 5004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.03 | $3,273.15 |
| 05/16/2012 | 5005 | American InfoSource LP as agent for Target | Claim #: 1; Amount Claimed: 453.61; Amount Allowed: 453.61; Distribution Dividend: 6.35; | 7100-900 | | $28.82 | $3,244.33 |
| 05/16/2012 | 5006 | Applied Bank | Claim #: 2; Amount Claimed: 1,573.67; Amount Allowed: 1,573.67; Distribution Dividend: 6.35; | 7100-900 | | $99.98 | $3,144.35 |
| 05/16/2012 | 5007 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 540.73; Amount Allowed: 540.73; Distribution Dividend: 6.35; | 7100-900 | | $34.36 | $3,109.99 |
| 05/16/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 2,350.82; Amount Allowed: 2,350.82; Distribution Dividend: 6.35; | 7100-900 | | $149.36 | $2,960.63 |
| 05/16/2012 | 5009 | Accelerated Rehab c/o FFCC-Columbus | Claim #: 5; Amount Claimed: 402.00; Amount Allowed: 402.00; Distribution Dividend: 6.35; | 7100-000 | | $25.54 | $2,935.09 |
| 05/16/2012 | 5010 | US Department Of Education | Claim #: 6; Amount Claimed: 35,641.80; Amount Allowed: 35,641.80; Distribution Dividend: 6.35; | 7100-000 | | $2,264.52 | $670.57 |
| 05/16/2012 | 5011 | GE Money Bank/ LOWE's Platinum Visa | Claim #: 7; Amount Claimed: 525.10; Amount Allowed: 525.10; Distribution Dividend: 6.35; | 7100-900 | | $33.36 | $637.21 |
| 05/16/2012 | 5012 | PYOD LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 2,205.23; Amount Allowed: 2,205.23; Distribution Dividend: 6.35; | 7100-900 | | $140.11 | $497.10 |
| | | | **SUBTOTALS** | | $5,000.33 | $4,503.23 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-51677-CAD | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GAINES, KENNETH W | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8301 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 11/19/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2012 | 5013 | PYOD LLC its successors and assigns as assignee of | Claim #: 9; Amount Claimed: 5,076.73; Amount Allowed: 5,076.73; Distribution Dividend: 6.35; | 7100-900 | | $322.55 | $174.55 |
| 05/16/2012 | 5014 | FIA Card Services, NA/Bank of America | Claim #: 10; Amount Claimed: 2,747.24; Amount Allowed: 2,747.24; Distribution Dividend: 6.35; | 7100-900 | | $174.55 | $0.00 |
| | | | **TOTALS:** | | $5,000.33 | $5,000.33 | $0.00 |
| | | | Less: Bank transfers/CDs | | $3,500.33 | $0.00 | |
| | | | Subtotal | | $1,500.00 | $5,000.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,500.00 | $5,000.33 | |

**For the period of 11/19/2010 to 8/2/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $3,500.33 |
| | |
| Total Compensable Disbursements: | $5,000.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 8/2/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $3,500.33 |
| | |
| Total Compensable Disbursements: | $5,000.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No. | 10-51677-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GAINES, KENNETH W | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8301 | | Money Market Acct #: | ******1677 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/19/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2011 | (4) | Kenneth W. Gaines | Payment on equity of vehicle | 1129-000 | $2,000.00 | | $2,000.00 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.01 | | $2,000.01 |
| 04/19/2011 | (4) | PNC Bank | Payment on equity of vehicle | 1129-000 | $500.00 | | $2,500.01 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $2,500.10 |
| 05/20/2011 | (5) | Kenneth W. Gaines | Payment on equity of vehicle | 1129-000 | $500.00 | | $3,000.10 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.11 | | $3,000.21 |
| 06/15/2011 | (5) | Ken Gaines | Payment on equity of vehicle | 1129-000 | $500.00 | | $3,500.21 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.12 | | $3,500.33 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,500.33 | $0.00 |
| | | | **TOTALS:** | | $3,500.33 | $3,500.33 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $3,500.33 | |
| | | | **Subtotal** | | $3,500.33 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,500.33 | $0.00 | |

| For the period of 11/19/2010 to 8/2/2012 | | For the entire history of the account between 03/24/2011 to 8/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,500.33 | Total Compensable Receipts: | $3,500.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.33 | Total Comp/Non Comp Receipts: | $3,500.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,500.33 | Total Internal/Transfer Disbursements: | $3,500.33 |

Case 10-51677    Doc 42    Filed 08/06/12    Entered 08/06/12 10:48:27    Desc Main
Document    Page 10 of 10

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-51677-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GAINES, KENNETH W | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8301 | | Money Market Acct #: | ******1677 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/19/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,000.33 | $5,000.33 | $0.00 |

| For the period of 11/19/2010 to 8/2/2012 | | For the entire history of the case between 11/19/2010 to 8/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.33 | Total Compensable Receipts: | $5,000.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.33 | Total Comp/Non Comp Receipts: | $5,000.33 |
| Total Internal/Transfer Receipts: | $3,500.33 | Total Internal/Transfer Receipts: | $3,500.33 |
| | | | |
| Total Compensable Disbursements: | $5,000.33 | Total Compensable Disbursements: | $5,000.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.33 | Total Comp/Non Comp Disbursements: | $5,000.33 |
| Total Internal/Transfer Disbursements: | $3,500.33 | Total Internal/Transfer Disbursements: | $3,500.33 |